JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIROLLOS KALDES, on behalf of himself and other individuals similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA BAPTIST UNIVERSITY,<br><br>　　　　　Defendant. | Case No. ED CV 20-1535 FMO (SHKx)<br><br>**ORDER DISMISSING ACTION** |

　　The complaint in the above-captioned case contains individual and class allegations, but no answer has been filed and no action has been taken in the matter. Now, the parties have filed a Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii), (Dkt. 16). Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Dated this 13th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge